UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

THE STATE OF MICHIGAN; TIMOTHY BORING, in his Official Capacity as Director of the Michigan Department of Agriculture and Rural Development; and DANA NESSEL, in her Official Capacity as Attorney General of Michigan,

        Defendants.

No. 1:26-cv-00246

HON. JANE M. BECKERING

MAG. SALLY J. BERENS

**STIPULATED ORDER EXTENDING DEFENDANTS' DEADLINES
TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF No. 1)**

The parties, through their attorneys, stipulate that Defendants' deadlines for responding to Plaintiff's complaint, either by answer or by motion, is extended by thirty days to April 9, 2026.  In support, the parties have stated:

1. Plaintiff filed their complaint on January 22, 2026.  (ECF No. 1.)

2. Service on all defendants was accomplished on February 17, 2026. (ECF No. 5.)  Pursuant to Federal Rule of Civil Procedure 12(1)(A)(i), this rendered Defendants' responsive pleading due March 10, 2026.

3. The parties have conferred and agreed that it is appropriate to extend this deadline by thirty days to April 9, 2026.

THEREFORE, in accordance with the above stipulation, Defendants' deadline for responding to Plaintiff's complaint (ECF No. 1) is extended to **April 9, 2026**.

IT IS SO ORDERED.

Dated: _____, 2026

_____
HON. JANE M. BECKERING

Stipulated and Approved for Entry:

| | |
|---|---|
| */s/ Danielle Allison-Yokom* | */s/ John Bailey* |
| Danielle Allison-Yokom (P70950) | John Bailey |
| Daniel J. Ping (P81482) | Counsel to the Assistant Attorney |
| Assistant Attorneys General | General |
| Michigan Dep't of Attorney General | U.S. Department of Justice |
| P.O. Box 30736 | Civil Division |
| Lansing, MI 48909 | U.S. Department of Justice |
| (517) 335-7632 | 950 Constitution Ave. NW |
| AllisonYokomD@michigan.gov | Washington, D.C. 20005 |
| PingD@michigan.gov | Telephone: (202) 514-6993 |
| | E-mail: John.Bailey@usdoj.gov |
| *Attorneys for Defendants* | *Attorney for Plaintiff* |
| Dated: March 2, 2026 | Dated: February 26, 2026 |