RILEY SAFER HOLMES & CANCILA LLP
ARIEL WILSON (MSB P84528)
awilson@rshc-law.com
2723 South State Street, Suite 150
Ann Arbor, MI 48104
Telephone:     (734) 773-4910
Facsimile:     (734) 773-4901

*Attorneys for Proposed Defendant-Intervenors
Humane World for Animals, Animal Legal
Defense Fund, Animal Equality, The Humane
League, Farm Sanctuary, Compassion in
World Farming, Inc., and Animal Outlook*

REBECCA CARY
rcary@humaneworld.org
Humane World for Animals
1255 23rd St., NW, Suite 450
Washington, D.C. 20037
Telephone:  (202) 676-2330
Facsimile:   (202) 676-2357

*Attorney for Proposed Defendant-Intervenor
Humane World for Animals*

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>THE STATE OF MICHIGAN; TIMOTHY BORING, in his Official Capacity as Director of the Michigan Department of Agriculture and Rural Development; and DANA NESSEL, in her Official Capacity as Attorney General of Michigan,<br><br>Defendants. | Case No. 1:26-CV-00246-JMB-SJB<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION TO INTERVENE**<br><br>The Honorable Jane M. Beckering<br><br>Action Filed: January 22, 2026 |

1

**ALL PARTIES AND THEIR ATTORNEYS OF RECORD,**

**PLEASE TAKE NOTICE** that Proposed Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook (collectively "Proposed Defendant-Intervenors") hereby move this Court to allow their intervention in the above entitled action under Rule 24 of the Federal Rules of Civil Procedure. No oral argument is requested for this motion.

Proposed Defendant-Intervenors are nonprofit organizations that are dedicated to preventing farm animal cruelty and who represent members and supporters who want to keep cruel products off grocery store shelves. These organizations have implemented nationwide strategies to protect farm animals and prevent the sale of cruel products that would be jeopardized by an adverse outcome in this case; as part of their nationwide campaigns, they played a major role in helping pass the Michigan law challenged by Plaintiff. Proposed Defendant-Intervenors have been granted intervention status in several other cases challenging materially similar laws in other states which they helped create and pass, including California's Proposition 12 and Massachusetts' Question 3. Proposed Defendant-Intervenors seek to intervene as defendant-intervenors and to submit the Proposed Answer (Ex. 1). In the interest of judicial economy, Proposed Defendant-Intervenors propose that they will be subject to the same briefing schedule as Defendants in this case.

As set forth in the memorandum brief in support of this motion, Proposed Defendant-Intervenors are entitled to intervention as of right pursuant to Rule 24(a) of the Federal Rules of Civil Procedure because (1) their application to intervene is timely, (2) they have substantial interests relating to the subject matter of this action, (3) they are so situated that the disposition of

2

this action may, as a practical matter, impede their ability to protect their interests, and (4) their interests are not adequately represented by the Defendants.

Alternatively, Proposed Defendant-Intervenors request the Court to grant permissive intervention pursuant to Rule 24(b) of the Federal Rules of Civil Procedure because (1) this application to intervene is timely, (2) the defenses Proposed Defendant-Intervenors seek to assert have questions of law or fact in common with the present action, and (3) allowing Proposed Defendant-Intervenors to intervene at this early stage of proceedings will not unduly delay or prejudice this Court's adjudication of the original parties' rights, especially since they propose to be subject to the same briefing schedule as Defendants.

Counsel for Defendants have indicated that they do not oppose Defendant-Intervenors' motion to intervene. Counsel for Plaintiff takes no position on this motion.

This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, supporting declarations with attachments, all pleadings, records and papers filed in this action, such matters as the Court may judicially notice, and such further evidence or argument as may be presented at or before the hearing of this motion.

Dated: March 16, 2026                       RILEY SAFER HOLMES & CANCILA LLP


                                           _/s/ Ariel Wilson_____
                                           Ariel Wilson (MSB P84528)
                                           awilson@rshc-law.com
                                           RILEY SAFER HOLMES & CANCILA LLP

                                           _Counsel for Proposed Defendant-Intervenors_

3