UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHIGAN, STATE OF, et al.,

      Defendants.

_____/

Case No.
1:26–cv–00246–JMB–SJB

Hon. Jane M. Beckering

## **ORDER**

This matter is before the Court on Intervenor–Defendants Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook's Motion to Amend/Correct – #17, which was filed April 3, 2026. Effective February 1, 2024, Local Rule 7.1(d) was amended to require the following:  "In the case of all nondispositive motions, counsel or nonincarcerated *pro se* parties involved in the dispute shall confer in a good–faith effort to resolve the dispute. To accomplish this, the movant must confer with the other parties and persons entitled to be heard on the motion in a manner that reasonably explains the basis for the motion and allows for an interactive process aimed at reaching agreement on the matter or those aspects of the matter that can be resolved without court intervention. The conference must be held sufficiently in advance of filing the motion to allow the opportunity for meaningful discussion. If court intervention remains necessary, the nondispositive motion shall be accompanied by a separately filed certificate specifying the date, time, and duration of the conference; the participants in the conference; and a description of the issues addressed during the conference. In cases involving an incarcerated *pro se* party, the movant shall make reasonable efforts to comply with the provisions of this rule, and the motion shall be accompanied by a separately filed certificate specifying the efforts to confer with the incarcerated party." W.D. Mich. LCivR 7.1(d)(ii); see Administrative Order No. 23–RL–113 (December 21, 2023). The motion fails to comply with this requirement.  Accordingly,

IT IS ORDERED that Intervenor–Defendants Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook's Motion to Amend/Correct – #17 is DENIED without prejudice to refile.

IT IS SO ORDERED.

Dated:   April 4, 2026                    /s/ Jane M. Beckering
                                          JANE M. BECKERING
                                          United States District Judge