Oday Salim
Mich. Bar No. P80897
University of Michigan Law School
Environmental Law & Sustainability Clinic
701 S. State St., Jeffries Hall 3018
Ann Arbor, MI 48109
(734) 763-7087
osalim@umich.edu

Kate Chupka Schultz
OR No. 221174
The Center for a Humane Economy
P.O. Box 30845
Bethesda, MD 20824
(858) 342-0398
kate@centerforahumaneeconomy.org

*Attorneys for Defendant-Intervenors the
Center for a Humane Economy and Animal
Wellness Action*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>THE STATE OF MICHIGAN; TIMOTHY BORING, in his Official Capacity as Director of the Michigan Department of Agriculture and Rural Development; and DANA NESSEL, in her Official Capacity as Attorney General of Michigan,<br><br>       Defendants,<br><br>  and<br><br>HUMANE WORLD FOR ANIMALS, et al.,<br><br>       Defendant-Intervenors,<br><br>  and | Case No.: 1:26-cv-00246-JMB-SJB<br><br>**NOTICE OF MOTION AND THE CENTER FOR A HUMANE ECONOMY AND ANIMAL WELLNESS ACTION'S MOTION TO DISMISS**<br><br>The Honorable Jane M. Beckering<br><br>**ORAL ARGUMENT REQUESTED** |

NOTICE OF MOTION AND MOTION TO DISMISS

THE CENTER FOR A HUMANE
ECONOMY, et al.,

        Defendant-Intervenors.

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Intervenor-Defendants the Center for a Humane Economy and Animal Wellness Action hereby move the Court will move the Court for an order granting their motion to dismiss the complaint under Federal Rule of Civil Procedure 12.

This motion is made on this Notice of Motion and Motion to Dismiss, the accompanying Memorandum of Points and Authorities, the pleadings and records on file herein, and upon all other arguments and evidence that may be presented to this Court.

Dated April 9, 2026.

s/Oday Salim
Oday Salim
Mich. Bar No. P80897
University of Michigan Law School
Environmental Law & Sustainability Clinic
701 S. State St., Jeffries Hall 3018
Ann Arbor, MI 48109
(734) 763-7087
osalim@umich.edu

s/Kate Chupka Schultz
Kate Chupka Schultz
OR No. 221174
The Center for a Humane Economy
P.O. Box 30845
Bethesda, MD 20824
(858) 342-0398
kate@centerforahumaneeconomy.org

*Attorneys for Defendant-Intervenors the Center for a Humane Economy and Animal Wellness Action*

2
NOTICE OF MOTION AND MOTION TO DISMISS