UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                               Case No. 1:26-cv-246

v.

                               HON. JANE M. BECKERING

STATE OF MICHIGAN, et al.,

     Defendants.

_____/

**ORDER**

Pending before the Court are several motions to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) (ECF Nos. 23, 26, 27 & 28), arguing that Plaintiff has failed to allege sufficient facts to support one or more of the claims in the Complaint.  After receiving leave, Plaintiff filed a First Amended Complaint on April 27, 2026 (ECF No. 30).  Because the First Amended Complaint supersedes Plaintiff's earlier complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendants' pending motions to dismiss are now moot.  Accordingly:

**IT IS HEREBY ORDERED** that Defendants' Motions to Dismiss (ECF Nos. 23, 26, 27 & 28) are DISMISSED as moot.

Dated:  April 30, 2026
                                                /s/ Jane M. Beckering
                                              JANE M. BECKERING
                                              United States District Judge