RILEY SAFER HOLMES & CANCILA LLP
ARIEL WILSON (MSB P84528)
awilson@rshc-law.com
2723 South State Street, Suite 150
Ann Arbor, MI 48104
Telephone:  (734) 773-4910
Facsimile:  (734) 773-4901

BRUCE WAGMAN
bwagman@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, CA  94104
Telephone:  (415) 275-8540
Facsimile:  (415) 275-8551

*Counsel for Defendant-Intervenors
Humane World for Animals, Animal Legal
Defense Fund, Animal Equality, The Humane
League, Farm Sanctuary, Compassion in
World Farming, Inc., Animal Outlook*

REBECCA CARY
rcary@humaneworld.org
MELISSA ALPERT
malpert@humaneworld.org
HUMANE WORLD FOR ANIMALS
1255 23rd St., NW, Suite 450
Washington, D.C. 20037
Telephone:  (202) 676-2330
Facsimile:  (202) 676-2357

*Counsel for Defendant-Intervenor
Humane World for Animals*

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

STATE OF MICHIGAN; TIMOTHY
BORING, in his Official Capacity as Director
of the Michigan Department of Agriculture
and Rural Development; and DANA NESSEL,
in her Official Capacity as Attorney General of
Michigan,

        Defendants,

Case No. 1:26-CV-00246-JMB-SJB

**MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT**

The Honorable Jane M. Beckering

Action Filed: January 22, 2026

HUMANE WORLD FOR ANIMALS, et al.,

        Defendant-Intervenors,

ANIMAL WELLNESS ACTION, et al.,

        Defendant-Intervenors,

MICHIGAN ALLIED POULTRY
INDUSTRIES,

        Defendant-Intervenors.

MOTION TO DISMISS

**ALL PARTIES AND THEIR ATTORNEYS OF RECORD,**

**PLEASE TAKE NOTICE** that Defendant-Intervenors Humane World for Animals, Animal Legal Defense Fund, Animal Equality, The Humane League, Farm Sanctuary, Compassion in World Farming, Inc., and Animal Outlook (collectively "Defendant-Intervenors") hereby move this Court to dismiss the United States' First Amended Complaint under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. No oral argument is requested for this motion. However, if the Court schedules oral argument, Defendant-Intervenors request to participate.

As set forth in the memorandum in support of this Motion, dismissal of the First Amended Complaint is warranted under Rule 12 because the United States has failed to establish that it has Article III standing to bring this suit, and because the United States has failed to state a viable claim of express preemption under the Egg Products Inspection Act.

This Motion is based on this Motion, the supporting Memorandum of Points and Authorities, all pleadings, records and papers filed in this action, such matters as the Court may judicially notice, and such further evidence or argument as may be presented to the Court.

Dated: May 11, 2026                              RILEY SAFER HOLMES & CANCILA LLP

_/s/_ Ariel Wilson
Ariel Wilson (MSB P84528)
awilson@rshc-law.com

_Counsel for Defendant-Intervenors_

1

MOTION TO DISMISS