UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

STATE OF MICHIGAN, et al.,

Defendants.
_______________________________/

Case No. 1:26-cv-246

HON. JANE M. BECKERING

**JUDGMENT**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that the First Amended Complaint is DISMISSED without prejudice.

Dated: October 7, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge